IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SHAWNETTE BRONSON,

       Plaintiff,

vs.                                                         Case No. 11-4160-JTM

C. THOMPSON AND SHANE HILTON,

       Defendants.

MEMORANDUM AND ORDER

       This matter is before the court on the Motion to Dismiss (Dkt. 8) of the defendants which was filed December 12, 2011. The defendants argue that dismissal is appropriate because *pro se* plaintiff Shawnett Bronson has failed to state a valid claim for relief under Fed.R.Civ.Pr. 12(b)(6), and that they are entitled to qualified immunity. Bronson has made no response to the Motion to Dismiss.

       For good cause shown and pursuant to D.Kan.R. 7.4, the motion of the defendants is hereby granted. Bronson's own Complaint concedes that she was driving without a license, thereby justifying her arrest under K.S.A. 8-244. Bronson's Complaint is devoid of any allegation that the defendants used unreasonable force in effecting the arrest, or that they were indifferent to any known

medical condition. Further, the defendants are entitled to qualified immunity under the circumstances of the case. *See Harlow v. Fitzgerald*, 457 U.S. 800, 814 (1982).

IT IS SO ORDERED this 22nd day of February, 2012.

 s/ J. Thomas Marten  
J. THOMAS MARTEN, JUDGE
